```
1  TODD A. ROBERTS (SBN 129722)
   CHRISTINA S CHEN (SBN 290659)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701
   Email:      troberts@rmkb.com
5              cchen@rmkb.com

6  Attorneys for Plaintiff
   PEGATRON CORPORATION
7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PEGATRON CORPORATION, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT FOR BREACH OF CONTRACT** |
| v. | **JURY TRIAL DEMANDED** |
| WESTINGHOUSE DIGITAL, LLC, | |
| Defendant. | |

Plaintiff PEGATRON CORPORATION ("PEGATRON") alleges:

## NATURE OF THIS ACTION

1. This civil action concerns Defendant WESTINGHOUSE DIGITAL, LLC ("WD") failure to pay more than $52 million for custom manufactured consumer electronic products purchased from PEGATRON between November 2012 and March 2013. Further, Defendant failed to pay PEGATRON for licensing fees and royalties PEGATRON paid to third party licensors in connection with manufacturing these products.

2. In or about January 2011, WD and PEGATRON entered into an agreement whereby WD would purchase finished products from manufacturer PEGATRON branded with WD's brand name "Westinghouse," ("OEM Agreement"). Under the OEM Agreement, PEGATRON was an original design

1    manufacturer ("ODM") and/or original equipment manufacturer ("OEM"). WD
2    purchased, rebranded and retailed PEGATRON-manufactured products under the
3    Westinghouse brand name.
4       3.   Starting in or about January 14, 2013, WD breached the OEM
5    Agreement with PEGATRON when it failed to pay the full amount invoiced for the
6    products, approximately 60 days after the invoice date when the obligation became
7    due. WD continued to breach the OEM Agreement when WD failed to pay the full
8    amount of any subsequent invoices for these OEM Products. WD further breached
9    the OEM Agreement by failing to pay for any licensing, royalty, or other such
10   similar fees invoiced by PEGATRON.

## JURISDICTION AND VENUE

11
12      4.   The amount in controversy exceeds $75,000 exclusive of interest and
13   costs.
14      5.   This Court has jurisdiction under 28 U.S.C. section 1332(a)(2).
15   Plaintiff PEGATRON is a corporation organized and existing under the laws of a
16   foreign state, specifically, Taiwan, while Defendant WD is a limited liability
17   company organized under the laws of Delaware and has its principal place of
18   business in California.
19      6.   Diversity jurisdiction exists because there is complete diversity
20   between Defendant and Plaintiff.
21      7.   Venue is proper in this judicial district pursuant to 28 U.S.C. section
22   1391(b)(1) because, on information and belief, Defendant resides in this judicial
23   district, and pursuant to 28 U.S.C. section 1391(b)(2) because a substantial part of
24   the events giving rise to the claim occurred in this judicial district.
25      8.   Venue is also proper in this Court pursuant to the terms and conditions
26   of the Purchase Orders between Defendant and PEGATRON. Paragraph 19 of the
27   Purchase Order provides: "All litigation between the parties shall be conducted in
28   the appropriate Federal or State Court within the County of Orange, State of

California, USA, and both parties agree that such Court shall have jurisdiction over the parties and the subject matter of this Order and agreement."

## PARTIES

9.  Plaintiff PEGATRON is a Taiwanese corporation having its principal place of business at No. 76, Ligong Street, Beitou, Taipei City, Taiwan, 112. PEGATRON is in the business of, among other things, electronic and computing manufacturing. Until December 31, 2013, Unihan Corporation and Pegatron Logistic Service, Inc. ("PLSI") were wholly-owned subsidiaries of PEGATRON. On December 31, 2013, Unihan Corporation merged into PEGATRON. PEGATRON is the surviving entity. PLSI remains a wholly-owned subsidiary of PEGATRON. On March 1, 2014, PLSI assigned its accounts receivable rights, including rights to collect on outstanding debts against Defendant to PEGATRON. Hereinafter, Plaintiff entities will be referred to as ("PEGATRON").

10. PEGATRON holds many licenses to manufacture products that contain brand name technology or features, including licenses from Dolby and HDMI. These licenses typically require PEGATRON to pay a specified amount per unit sold to manufacture the licensed technology in OEM products, in addition to any annual or initial fees. In the case of HDMI, these fees are called "royalties."

11. PEGATRON is informed and believes, and thereon alleges that Defendant WD is a Delaware limited liability company, having its principal place of business at 500 North State College Blvd., Suite 1300, Orange, California. Since January 2011, WD has marketed and sold finished liquid crystal display ("LCD") products including televisions, and other consumer electronic products under the Westinghouse brand name as a licensee of the Westinghouse Electric Corporation.

12. PEGATRON is ignorant of the true names and capacities of additional defendants, and PEGATRON will amend this Complaint to allege their true names and capacities when ascertained. PEGATRON is informed and believes and thereon alleges that each of the yet-undiscovered defendants is responsible in some

manner for the occurrences herein alleged, and that the damages as herein alleged were proximately caused by said defendants. PEGATRON is informed and believes and thereon alleges that defendants, and each of them, were at all times herein mentioned the agents of their co-defendants, and in doing the things hereinafter alleged, were acting in part within the course and scope of said agency and with the permission and consent of their co-defendants, and each of them.

## FACTUAL ALLEGATIONS

13. In or about January 2011, WD and PEGATRON entered into the OEM Agreement whereby PEGATRON would custom manufacture consumer electronic products for WD to purchase, rebrand and retail under the Westinghouse brand name. The majority of these products consisted of LCD televisions in a variety of models, specifications, and features (hereinafter generally referred to as "OEM Products").

14. Nearly all of these OEM Products contained brand name technology licensed from third party entities. Pursuant to PEGATRON's licensing agreements with these third party entities, PEGATRON was obligated to pay the specified fees per unit where the technology or feature was manufactured into the finished OEM Product. The licensing fees were additional costs not covered by, and in addition to, the unit price of OEM Products ordered by WD.

15. The OEM Agreement between WD and PEGATRON was broken down into discrete shipments through Defendant's use of Purchase Orders. Defendant issued numerous Purchase Orders ("POs") to PEGATRON between January 2011 and March 2013, identifying the model, quantity and price per unit of OEM Products it ordered from PEGATRON. PEGATRON manufactured and delivered the OEM Products to Defendant in exchange for WD's payment for the goods. PEGATRON also paid the licensing, royalty and other such similar fees to manufacture third party owned and licensed technology in these OEM Products ordered by WD. WD was obligated to pay for these fees in addition to the price per

unit of OEM Products under the OEM Agreement.

16. The POs provided certain terms and conditions of the OEM Agreement between PEGATRON and WD with respect to model ordered, quantity, price per unit, delivery, choice of law and venue, among other terms. PEGATRON would manufacture and deliver OEM Products per WD's POs, in return for specified per unit payment from WD. PEGATRON would invoice WD for the units delivered pursuant to the POs. The invoices provided the due date of WD's obligation to pay, the full amount being due 60 days after the date of the invoice.

17. Defendant issued numerous POs to PEGATRON between January 2011 and March 24, 2013, totaling more than $322 million in OEM Products ordered.

18. PEGATRON satisfied the POs by manufacturing the OEM Products pursuant to the OEM Agreement in the quantity, price, model and timing requirements of WD.

19. Between January 2011 and March 24, 2013, PEGATRON satisfied each of Defendant's POs by custom manufacturing the ordered OEM Products and shipping the OEM Products to WD.

20. WD, its agents, representatives, and/or authorized receivers of OEM Products accepted each shipment of OEM Products from PEGATRON made between January 2011 and March 24, 2013.

21. PEGATRON invoiced WD for each shipment of OEM Products. PEGATRON also invoiced Defendant for licensing fees and royalties paid to third party entity licensors for technology manufactured and incorporated in the OEM Products, for example, the license fees for the sound system technology installed in each OEM television set.

22. Defendant paid some but not all of the invoices, but has since failed and refused to provide further payment, despite repeated requests. The POs between June 14, 2012 and March 24, 2013, have been invoiced but remain unpaid.

The amount of $52,651,937.07 remains outstanding, overdue, and owing, exclusive of any interest. Attached as Exhibit A is an itemized statement listing the POs and licensing, royalties, and other such similar fees that Defendant failed and refused to pay.

23. WD failed to pay for any licensing, royalty or other such similar fees PEGATRON paid to third party licensors to manufacture brand name technology in these OEM Products. WD knew PEGATRON would pay these licensing fees. As stated herein, WD knew these fees were not included in the unit price for OEM Products and had agreed to the additional cost.

24. PEGATRON invoiced WD accordingly for the licensing, royalty and other such similar fees paid to third party entity licensors in connection with the manufacturing of these OEM Products ordered by WD. WD refused to pay these invoices and these invoices remain unpaid, outstanding and owing in the amount of at least $411,734.45.

25. Additionally, with respect to certain other licensed use of third party owned technology in these OEM Products, WD falsely represented that it held a license for this other technology and would pay the licensing fee directly to the third party licensor. This representation was false. PEGATRON relied on this representation to manufacture and incorporate this other technology in these OEM Products, believing the license fee had been paid. This third party licensor has since audited PEGATRON and held PEGATRON responsible for paying the licensing fees, in an amount to be determined according to proof.

26. PEGATRON is informed and believes, and on that basis alleges, that Defendant marketed and sold the Products manufactured by PEGATRON in California and throughout the United States. PEGATRON is informed and believes, and on that basis alleges, that Defendant received payments for the sale of these OEM Products.

27. Despite accepting the OEM Products, receiving the benefit from the

goods delivered, selling the goods to retailers and profiting from the sales, Defendant failed to pay in full any of the invoices issued on or after November 15, 2012. Defendant also failed to pay PEGATRON for any of the licensing, royalty, and other similar fees paid to third-party licensors in connection with manufacturing the OEM Products.

28. On or about October 30, 2013, prior legal counsel for PEGATRON sent WD a letter demanding the payment of all outstanding sums by October 31, 2013 after numerous other written and verbal demands for payment went unheeded. As of the date of this Complaint, WD has shown no indication that it intends to make current its debt to PEGATRON.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

29. PEGATRON incorporates by reference paragraphs 1 through 28, inclusive, as though fully set forth herein.

30. Pursuant to the OEM Agreement, Defendant agreed to purchase Products from PEGATRON pursuant to the price, terms and conditions described in the POs. The OEM Agreement is a valid and enforceable contract supported by adequate consideration. Each PO separates the OEM Agreement into discrete shipments, thereby spacing out the delivery of Products.

31. PEGATRON fully performed all conditions, covenants, and promises required by it on its part to be performed, in accordance with the terms and conditions of the OEM Agreement by manufacturing and delivering Products. PEGATRON never materially breached the contract at issue.

32. In violation of its promises and obligations under the OEM Agreement and POs, Defendant breached the contract by failing to pay for $52,240,9202.62 of OEM Products and $411,734.45 of licensing fees and royalties paid by PEGATRON to third party entity licensors, for a total of at least $52,651,937.07. Despite its failure to pay for these goods and licenses, Defendant continued to

derive benefit therefrom by marketing, selling and profiting from these OEM Products.

33. Due to the breach of the OEM Agreement as described herein, there remains owing and unpaid the amount of at least $52,651,937.07, with interest accruing on each individual invoice at the rate of 10% per annum, from the date which the obligations became due. The obligations became due 60 days after each invoice date.

34. As a direct result of their above-described conduct, Defendant is in breach of the OEM Agreement contract. Due to said breach, PEGATRON has been damaged in excess of $52,651,937.07, exclusive of the interest.

35. As a further proximate result of Defendant's material breaches, PEGATRON has incurred and continue to incur, incidental and consequential damages to be proven at trial.

WHEREFORE, PEGATRON prays for judgment against Defendant as herein set forth.

### PRAYER FOR RELIEF

1. For compensatory damages according to proof;
2. For interest at the rate of 10% per annum, from 60 days after the date of each invoice, until the date that this matter is finally resolved;
3. For such other relief as the Court may deem just and proper.

### DEMAND FOR JURY

Plaintiff hereby demands a trial by jury.

Dated: May 23, 2014         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TODD A. ROBERTS
CHRISTINA S CHEN
Attorneys for Plaintiff
PEGATRON CORPORATION

# EXHIBIT A

| | Bill Date | Due Date (O/A 60 days) | Total Amount (USD) | WD PO# | Invoice | Remaining AR (USD) |
|---|---|---|---|---|---|---|
| 1 | 11/15/2012 | 1/14/2013 | $ 184,949.56 | 4600010317 | 60148377 | $ 130,970.94 |
| 2 | 11/15/2012 | 1/14/2013 | $ 527,388.92 | 4600010317 | 60148378 | $ 527,388.92 |
| 3 | 11/15/2012 | 1/14/2013 | $ 300,609.00 | 4600010286 | 60148379 | $ 300,609.00 |
| 4 | 11/15/2012 | 1/14/2013 | $ 306,666.00 | 4600010260 | 60148380 | $ 306,666.00 |
| 5 | 11/15/2012 | 1/14/2013 | $ 138,681.18 | 4600010260 | 60148381 | $ 138,681.18 |
| 6 | 11/15/2012 | 1/14/2013 | $ 850,422.10 | 4600010321 | 60148382 | $ 850,422.10 |
| 7 | 11/15/2012 | 1/14/2013 | $ 1,849,143.80 | 4600010324 | 60148383 | $ 1,849,143.80 |
| 8 | 11/19/2012 | 1/18/2013 | $ 230,985.04 | 4600010319 | 60149654 | $ 230,985.04 |
| 9 | 11/19/2012 | 1/18/2013 | $ 439,930.56 | 4600010320 | 60149655 | $ 439,930.56 |
| 10 | 11/19/2012 | 1/18/2013 | $ 146,343.40 | 4600010324 | 60149656 | $ 146,343.40 |
| 11 | 11/19/2012 | 1/18/2013 | $ 151,558.16 | 4600010325 | 60149657 | $ 151,558.16 |
| 12 | 11/19/2012 | 1/18/2013 | $ 76,321.98 | 4600010317 | 60149816 | $ 76,321.98 |
| 13 | 11/19/2012 | 1/18/2013 | $ 60,121.80 | 4600010286 | 60149817 | $ 60,121.80 |
| 14 | 11/19/2012 | 1/18/2013 | $ 766,901.52 | 4600010321 | 60149819 | $ 766,901.52 |
| 15 | 11/19/2012 | 1/18/2013 | $ 359,049.60 | 4600010324 | 60149820 | $ 359,049.60 |
| 16 | 11/22/2012 | 1/21/2013 | $ 39,978.18 | 4600010317 | 60151160 | $ 39,978.18 |
| 17 | 11/22/2012 | 1/21/2013 | $ 199,890.90 | 4600010317 | 60151161 | $ 199,890.90 |
| 18 | 11/22/2012 | 1/21/2013 | $ 447,359.22 | 4600010321 | 60151162 | $ 447,359.22 |
| 19 | 11/22/2012 | 1/21/2013 | $ 164,365.20 | 4600010320 | 60151163 | $ 164,365.20 |
| 20 | 11/22/2012 | 1/21/2013 | $ 576,991.28 | 4600010325 | 60151164 | $ 576,991.28 |
| 21 | 11/26/2012 | 1/25/2013 | $ 1,146,720.00 | 4600010325 | 60151542 | $ 1,146,720.00 |
| 22 | 11/26/2012 | 1/25/2013 | $ 357,776.64 | 4600010325 | 60151543 | $ 357,776.64 |
| 23 | 11/26/2012 | 1/25/2013 | $ 221,697.18 | 4600010317 | 60151544 | $ 221,697.18 |
| 24 | 11/29/2012 | 1/28/2013 | $ 71,009.40 | 4600010321 | 60153632 | $ 71,009.40 |
| 25 | 11/29/2012 | 1/28/2013 | $ 63,482.40 | 4600010342 | 60153633 | $ 63,482.40 |
| 26 | 11/29/2012 | 1/28/2013 | $ 198,826.32 | 4600010321 | 60153652 | $ 198,826.32 |
| 27 | 11/29/2012 | 1/28/2013 | $ 175,322.88 | 4600010320 | 60153653 | $ 175,322.88 |
| 28 | 11/30/2012 | 1/29/2013 | $ 50,101.50 | 4600010286 | 60154273 | $ 50,101.50 |
| 29 | 11/30/2012 | 1/29/2013 | $ 591,060.00 | 4600010331 | 60154274 | $ 591,060.00 |
| 30 | 11/30/2012 | 1/29/2013 | $ 82,748.40 | 4600010331 | 60154275 | $ 82,748.40 |
| 31 | 11/30/2012 | 1/29/2013 | $ 390,099.60 | 4600010331 | 60154276 | $ 390,099.60 |
| 32 | 11/30/2012 | 1/29/2013 | $ 344,054.64 | 4600010317 | 60154278 | $ 344,054.64 |
| 33 | 11/30/2012 | 1/29/2013 | $ 184,624.44 | 4600010321 | 60154279 | $ 184,624.44 |
| 34 | 11/30/2012 | 1/29/2013 | $ 333,744.18 | 4600010321 | 60154280 | $ 333,744.18 |
| 35 | 11/30/2012 | 1/29/2013 | $ 82,527.12 | 4600010342 | 60154281 | $ 82,527.12 |
| 36 | 11/30/2012 | 1/29/2013 | $ 793.53 | 4600010342 | 60154282 | $ 793.53 |
| 37 | 11/30/2012 | 1/29/2013 | $ 4,027.40 | 4600010330 | 60154283 | $ 4,027.40 |
| 38 | 11/30/2012 | 1/29/2013 | $ 96,512.98 | 4600010319 | 60154284 | $ 96,512.98 |
| 39 | 11/30/2012 | 1/29/2013 | $ 113,716.40 | 4600010325 | 60154285 | $ 113,716.40 |
| 40 | 11/30/2012 | 1/29/2013 | $ 178,303.10 | 4600010331 | 60154286 | $ 178,303.10 |
| 41 | 11/30/2012 | 1/29/2013 | $ 130,263.90 | 4600010286 | 60154287 | $ 130,263.90 |
| 42 | 11/30/2012 | 1/29/2013 | $ 121,146.00 | 4600010317 | 60154288 | $ 121,146.00 |
| 43 | 11/30/2012 | 1/29/2013 | $ 39,918.36 | 4600010344 | 60154289 | $ 39,918.36 |
| 44 | 11/30/2012 | 1/29/2013 | $ 257,222.28 | 4600010410 | 60154290 | $ 257,222.28 |
| 45 | 11/30/2012 | 1/29/2013 | $ 48,122.62 | 4600010411 | 60154291 | $ 48,122.62 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 46 | 11/30/2012 | 1/29/2013 | $ | 106,608.48 | 4600010317 | 60154293 | $ | 106,608.48 |
| 47 | 12/6/2012 | 2/4/2013 | $ | 418,891.20 | 4600010411 | 60156215 | $ | 418,891.20 |
| 48 | 12/6/2012 | 2/4/2013 | $ | 85,211.28 | 4600010321 | 60156216 | $ | 85,211.28 |
| 49 | 12/6/2012 | 2/4/2013 | $ | 76,321.98 | 4600010319 | 60156217 | $ | 76,321.98 |
| 50 | 12/6/2012 | 2/4/2013 | $ | 29,920.80 | 4600010411 | 60156218 | $ | 29,920.80 |
| 51 | 12/10/2012 | 2/8/2013 | $ | 54,854.80 | 4600010411 | 60156797 | $ | 54,854.80 |
| 52 | 12/10/2012 | 2/8/2013 | $ | 226,400.72 | 4600010411 | 60156798 | $ | 226,400.72 |
| 53 | 12/10/2012 | 2/8/2013 | $ | 248,245.20 | 4600010331 | 60156799 | $ | 248,245.20 |
| 54 | 12/10/2012 | 2/8/2013 | $ | 333,100.38 | 4600010343 | 60156800 | $ | 333,100.38 |
| 55 | 12/10/2012 | 2/8/2013 | $ | 179,524.80 | 4600010411 | 60156801 | $ | 179,524.80 |
| 56 | 12/10/2012 | 2/8/2013 | $ | 2,250.00 | 4600010382 | 71015726 | $ | 2,250.00 |
| 57 | 12/10/2012 | 2/8/2013 | $ | 500.00 | 4600010340 | 71015727 | $ | 500.00 |
| 58 | 12/13/2012 | 2/11/2013 | $ | 281,255.52 | 4600010411 | 60158962 | $ | 281,255.52 |
| 59 | 12/13/2012 | 2/11/2013 | $ | 368,910.36 | 4600010343 | 60158963 | $ | 368,910.36 |
| 60 | 12/13/2012 | 2/11/2013 | $ | 65,825.76 | 4600010411 | 60158964 | $ | 65,825.76 |
| 61 | 12/13/2012 | 2/11/2013 | $ | 198,767.52 | 4600010345 | 60159416 | $ | 198,767.52 |
| 62 | 12/13/2012 | 2/11/2013 | $ | 32,688.97 | 4600010326 | 60159417 | $ | 32,688.97 |
| 63 | 12/14/2012 | 2/12/2013 | $ | 1,700.00 | 4600010341 | 71015662 | $ | 1,700.00 |
| 64 | 12/14/2012 | 2/12/2013 | $ | 213.64 | 4600010437 | A042134979 | $ | 213.64 |
| 65 | 12/17/2012 | 2/15/2013 | $ | 1,198,039.68 | 4600010320 | 60160468 | $ | 1,198,039.68 |
| 66 | 12/17/2012 | 2/15/2013 | $ | 400,935.70 | 4600010331 | 60160469 | $ | 400,935.70 |
| 67 | 12/17/2012 | 2/15/2013 | $ | 56,609.55 | 4600010376 | 60160470 | $ | 56,609.55 |
| 68 | 12/17/2012 | 2/15/2013 | $ | 662,484.63 | 4600010343 | 60160471 | $ | 662,484.63 |
| 69 | 12/17/2012 | 2/15/2013 | $ | 137,635.68 | 4600010411 | 60160472 | $ | 137,635.68 |
| 70 | 12/17/2012 | 2/15/2013 | $ | 311,479.26 | 4600010343 | 60160473 | $ | 311,479.26 |
| 71 | 12/18/2012 | 2/16/2013 | $ | 640.92 | 4600010449 | A042141319 | $ | 640.92 |
| 72 | 12/18/2012 | 2/16/2013 | $ | 866.91 | 4600010449 | A042141323 | $ | 866.91 |
| 73 | 12/18/2012 | 2/16/2013 | $ | 1,025.01 | 4600010449 | A042141328 | $ | 1,025.01 |
| 74 | 12/18/2012 | 2/16/2013 | $ | 1,254.78 | 4600010449 | A042141332 | $ | 1,254.78 |
| 75 | 12/18/2012 | 2/16/2013 | $ | 1,303.20 | 4600010449 | A042141333 | $ | 1,303.20 |
| 76 | 12/20/2012 | 2/18/2013 | $ | 880,266.96 | 4600010320 | 60162196 | $ | 880,266.96 |
| 77 | 12/20/2012 | 2/18/2013 | $ | 135,068.40 | 4600010376 | 60162197 | $ | 135,068.40 |
| 78 | 12/20/2012 | 2/18/2013 | $ | 40,201.77 | 4600010343 | 60162203 | $ | 40,201.77 |
| 79 | 12/20/2012 | 2/18/2013 | $ | 3,346.08 | 4600010450 | A042152200 | $ | 3,346.08 |
| 80 | 12/20/2012 | 2/18/2013 | $ | 2,311.76 | 4600010448 | A042152202 | $ | 2,311.76 |
| 81 | 12/24/2012 | 2/22/2013 | $ | 297,740.30 | 4600010326 | 60163203 | $ | 297,740.30 |
| 82 | 12/24/2012 | 2/22/2013 | $ | 8,451.00 | 4600010345 | 60163204 | $ | 8,451.00 |
| 83 | 12/24/2012 | 2/22/2013 | $ | 912,141.00 | 4600010343 | 60163205 | $ | 912,141.00 |
| 84 | 12/24/2012 | 2/22/2013 | $ | 73,862.50 | 4600010406 | 60163206 | $ | 73,862.50 |
| 85 | 12/24/2012 | 2/22/2013 | $ | 174,759.52 | 4600010444 | 60163207 | $ | 174,759.52 |
| 86 | 12/24/2012 | 2/22/2013 | $ | 761,746.05 | 4600010376 | 60163208 | $ | 761,746.05 |
| 87 | 12/24/2012 | 2/22/2013 | $ | 2,406.00 | 4600010415 | 60163209 | $ | 2,406.00 |
| 88 | 12/24/2012 | 2/22/2013 | $ | 64,122.72 | 4600010320 | 60163221 | $ | 64,122.72 |
| 89 | 12/24/2012 | 2/22/2013 | $ | 74,322.60 | 4600010343 | 60163222 | $ | 74,322.60 |
| 90 | 12/25/2012 | 2/23/2013 | $ | 3,900.00 | 4600010449 | 71016000 | $ | 3,900.00 |
| 91 | 12/25/2012 | 2/23/2013 | $ | 200.00 | 4600010437 | 71016001 | $ | 200.00 |

| # | Date 1 | Date 2 | Amount | Ref | Number | Amount |
|---|---|---|---|---|---|---|
| 92 | 12/25/2012 | 2/23/2013 | $ 2,000.00 | 4600010448 | 71016002 | $ 2,000.00 |
| 93 | 12/25/2012 | 2/23/2013 | $ 2,250.00 | 4600010450 | 71016003 | $ 2,250.00 |
| 94 | 12/28/2012 | 2/26/2013 | $ 44,420.48 | 4600010444 | 60164902 | $ 44,420.48 |
| 95 | 1/8/2013 | 3/9/2013 | $ 248,399.14 | Dolby Royalty fee-2012 Q4 | 71016233 | $ 248,399.14 |
| 96 | 1/10/2013 | 3/11/2013 | $ 405,648.00 | 4600010345 | 60168822 | $ 405,648.00 |
| 97 | 1/10/2013 | 3/11/2013 | $ 421.28 | 4600010361 | 60168823 | $ 421.28 |
| 98 | 1/14/2013 | 3/15/2013 | $ 52,363.65 | 4600010343 | 60169697 | $ 52,363.65 |
| 99 | 1/14/2013 | 3/15/2013 | $ 72,971.28 | 4600010343 | 60169698 | $ 72,971.28 |
| 100 | 1/14/2013 | 3/15/2013 | $ 1,583,673.48 | 4600010355 | 60169699 | $ 1,583,673.48 |
| 101 | 1/14/2013 | 3/15/2013 | $ 479,715.84 | 4600010326 | 60169700 | $ 479,715.84 |
| 102 | 1/14/2013 | 3/15/2013 | $ 69,573.50 | 4600010415 | 60169701 | $ 69,573.50 |
| 103 | 1/14/2013 | 3/15/2013 | $ 536,844.88 | 4600010444 | 60169702 | $ 536,844.88 |
| 104 | 1/17/2013 | 3/18/2013 | $ 142,415.64 | 4600010326 | 60171757 | $ 142,415.64 |
| 105 | 1/17/2013 | 3/18/2013 | $ 18,411.12 | 4600010444 | 60171758 | $ 18,411.12 |
| 106 | 1/17/2013 | 3/18/2013 | $ 231,454.08 | 4600010444 | 60171759 | $ 231,454.08 |
| 107 | 1/17/2013 | 3/18/2013 | $ 307,253.08 | 4600010445 | 60171760 | $ 307,253.08 |
| 108 | 1/17/2013 | 3/18/2013 | $ 2,394,840.00 | 4600010355 | 60171761 | $ 2,394,840.00 |
| 109 | 1/21/2013 | 3/22/2013 | $ 46,847.25 | 4600010326 | 60172677 | $ 46,847.25 |
| 110 | 1/21/2013 | 3/22/2013 | $ 591,558.30 | 4600010414 | 60172678 | $ 591,558.30 |
| 111 | 1/21/2013 | 3/22/2013 | $ 209,665.48 | 4600010445 | 60172679 | $ 209,665.48 |
| 112 | 1/21/2013 | 3/22/2013 | $ 78,596.00 | 4600010415 | 60172680 | $ 78,596.00 |
| 113 | 1/21/2013 | 3/22/2013 | $ 107,050.00 | 4600010414 | 60172681 | $ 107,050.00 |
| 114 | 1/21/2013 | 3/22/2013 | $ 601.50 | 4600010415 | 60172682 | $ 601.50 |
| 115 | 1/31/2013 | 4/1/2013 | $ 21,654.00 | 4600010415 | 60177348 | $ 21,654.00 |
| 116 | 1/31/2013 | 4/1/2013 | $ 66,275.44 | 4600010321 | 60177349 | $ 66,275.44 |
| 117 | 1/31/2013 | 4/1/2013 | $ 366,190.74 | 4600010483 | 60177350 | $ 366,190.74 |
| 118 | 1/31/2013 | 4/1/2013 | $ 50,526.00 | 4600010415 | 60177351 | $ 50,526.00 |
| 119 | 1/31/2013 | 4/1/2013 | $ 161,603.00 | 4600010415 | 60177352 | $ 161,603.00 |
| 120 | 1/31/2013 | 4/1/2013 | $ 735,816.00 | 4600010431 | 60177353 | $ 735,816.00 |
| 121 | 1/31/2013 | 4/1/2013 | $ 577,440.00 | 4600010415 | 60177354 | $ 577,440.00 |
| 122 | 1/31/2013 | 4/1/2013 | $ 402,386.60 | 4600010321 | 60177355 | $ 402,386.60 |
| 123 | 1/31/2013 | 4/1/2013 | $ 117,568.98 | 4600010402 | 60177356 | $ 117,568.98 |
| 124 | 1/31/2013 | 4/1/2013 | $ 589,080.60 | 4600010431 | 60177357 | $ 589,080.60 |
| 125 | 2/7/2013 | 4/8/2013 | $ 5,070.60 | 4600010345 | 60179111 | $ 5,070.60 |
| 126 | 2/18/2013 | 4/19/2013 | $ 279,441.12 | 4600010375 | 60181134 | $ 279,441.12 |
| 127 | 2/18/2013 | 4/19/2013 | $ 1,024,992.00 | 4600010441 | 60181135 | $ 1,024,992.00 |
| 128 | 2/18/2013 | 4/19/2013 | $ 494,956.56 | 4600010439 | 60181136 | $ 494,956.56 |
| 129 | 2/18/2013 | 4/19/2013 | $ 315,814.95 | 4600010442 | 60181137 | $ 315,814.95 |
| 130 | 2/18/2013 | 4/19/2013 | $ 171,577.44 | 4600010483 | 60181138 | $ 171,577.44 |
| 131 | 2/18/2013 | 4/19/2013 | $ 22,939.28 | 4600010411 | 60181139 | $ 22,939.28 |
| 132 | 2/18/2013 | 4/19/2013 | $ 44,653.72 | 4600010445 | 60181140 | $ 44,653.72 |
| 133 | 2/18/2013 | 4/19/2013 | $ 54,739.20 | 4600010355 | 60181141 | $ 54,739.20 |
| 134 | 2/18/2013 | 4/19/2013 | $ 67,608.00 | 4600010345 | 60181142 | $ 67,608.00 |
| 135 | 2/18/2013 | 4/19/2013 | $ 444,467.16 | 4600010445 | 60181143 | $ 444,467.16 |
| 136 | 2/18/2013 | 4/19/2013 | $ 240,529.77 | 4600010442 | 60181144 | $ 240,529.77 |
| 137 | 2/18/2013 | 4/19/2013 | $ 72,155.68 | 4600010445 | 60181145 | $ 72,155.68 |

| # | Date 1 | Date 2 | Amount | Ref 1 | Ref 2 | Amount |
|---|---|---|---|---|---|---|
| 138 | 2/18/2013 | 4/19/2013 | $ 2,957.20 | 4600010445 | 60181146 | $ 2,957.20 |
| 139 | 2/18/2013 | 4/19/2013 | $ 8,340.57 | 4600010483 | 60181147 | $ 8,340.57 |
| 140 | 2/18/2013 | 4/19/2013 | $ 49,028.90 | 4600010414 | 60181148 | $ 49,028.90 |
| 141 | 2/18/2013 | 4/19/2013 | $ 165,333.24 | 4600010377 | 60181149 | $ 165,333.24 |
| 142 | 2/18/2013 | 4/19/2013 | $ 79,434.00 | 4600010483 | 60181150 | $ 79,434.00 |
| 143 | 2/18/2013 | 4/19/2013 | $ 831,215.40 | 4600010431 | 60181183 | $ 831,215.40 |
| 144 | 2/21/2013 | 4/22/2013 | $ 56,357.55 | 4600010442 | 60183105 | $ 56,357.55 |
| 145 | 2/21/2013 | 4/22/2013 | $ 39,035.04 | 4600010445 | 60183106 | $ 39,035.04 |
| 146 | 2/25/2013 | 4/26/2013 | $ 6,801.56 | 4600010445 | 60185262 | $ 6,801.56 |
| 147 | 2/25/2013 | 4/26/2013 | $ 18,502.29 | 4600010442 | 60185263 | $ 18,502.29 |
| 148 | 2/27/2013 | 4/28/2013 | $ 7,984.44 | 4600010445 | 60187010 | $ 7,984.44 |
| 149 | 2/27/2013 | 4/28/2013 | $ 31,900.50 | 4600010442 | 60187011 | $ 31,900.50 |
| 150 | 3/4/2013 | 5/3/2013 | $ 196,507.08 | 4600010442 | 60189353 | $ 196,507.08 |
| 151 | 3/4/2013 | 5/3/2013 | $ 283,701.78 | 4600010442 | 60189353 | $ 283,701.78 |
| 152 | 3/4/2013 | 5/3/2013 | $ 133,705.12 | 4600010466 | 60189354 | $ 133,705.12 |
| 153 | 3/4/2013 | 5/3/2013 | $ 21,872.88 | 4600010377 | 60189355 | $ 21,872.88 |
| 154 | 3/4/2013 | 5/3/2013 | $ 1,286.64 | 4600010377 | 60189355 | $ 1,286.64 |
| 155 | 3/4/2013 | 5/3/2013 | $ 1,281,493.44 | 4600010377 | 60189356 | $ 1,281,493.44 |
| 156 | 3/7/2013 | 5/6/2013 | $ 89,423.36 | 4600010466 | 60190355 | $ 89,423.36 |
| 157 | 3/11/2013 | 5/10/2013 | $ 116,938.24 | 4600010466 | 60191499 | $ 116,938.24 |
| 158 | 3/11/2013 | 5/10/2013 | $ 1,690.70 | 4600010321 | 60191980 | $ 1,690.70 |
| 159 | 3/11/2013 | 5/10/2013 | $ 5,070.60 | 4600010345 | 60191981 | $ 5,070.60 |
| 160 | 3/11/2013 | 5/10/2013 | $ 216,249.76 | 4600010466 | 60191982 | $ 216,249.76 |
| 161 | 3/11/2013 | 5/10/2013 | $ 282,475.68 | 4600010467 | 60191983 | $ 282,475.68 |
| 162 | 3/11/2013 | 5/10/2013 | $ 461,914.64 | 4600010445 | 60191984 | $ 461,914.64 |
| 163 | 3/11/2013 | 5/10/2013 | $ 908,179.72 | 4600010446 | 60191985 | $ 908,179.72 |
| 164 | 3/11/2013 | 5/10/2013 | $ 440,030.88 | 4600010377 | 60191986 | $ 440,030.88 |
| 165 | 3/14/2013 | 5/13/2013 | $ 425,930.40 | 4600010345 | 60193268 | $ 425,930.40 |
| 166 | 3/14/2013 | 5/13/2013 | $ 92,638.08 | 4600010377 | 60193275 | $ 92,638.08 |
| 167 | 3/18/2013 | 5/17/2013 | $ 216,155.52 | 4600010377 | 60194120 | $ 216,155.52 |
| 168 | 3/18/2013 | 5/17/2013 | $ 151,861.52 | 4600010446 | 60194121 | $ 151,861.52 |
| 169 | 3/18/2013 | 5/17/2013 | $ 812,009.60 | 4600010467 | 60194122 | $ 812,009.60 |
| 170 | 3/18/2013 | 5/17/2013 | $ 8,461.20 | 4600010490 | 60194123 | $ 8,461.20 |
| 171 | 3/18/2013 | 5/17/2013 | $ 248,547.75 | 4600010490 | 60194124 | $ 248,547.75 |
| 172 | 3/18/2013 | 5/17/2013 | $ 11,365.32 | 4600010378 | 60194125 | $ 11,365.32 |
| 173 | 3/18/2013 | 5/17/2013 | $ 150,420.91 | 4600010440 | 60194126 | $ 150,420.91 |
| 174 | 3/21/2013 | 5/20/2013 | $ 592,926.60 | 4600010377 | 60196444 | $ 592,926.60 |
| 175 | 3/21/2013 | 5/20/2013 | $ 264,833.40 | 4600010378 | 60196445 | $ 264,833.40 |
| 176 | 3/21/2013 | 5/20/2013 | $ 154,058.40 | 4600010440 | 60196446 | $ 154,058.40 |
| 177 | 3/22/2013 | 5/21/2013 | $ 3,495.20 | 4600010498 | A042347613 | $ 3,495.20 |
| 178 | 3/25/2013 | 5/24/2013 | $ 2,520.00 | 4600010498 | 71017285 | $ 2,520.00 |
| 179 | 3/25/2013 | 5/24/2013 | $ 3,587.28 | 4600010446 | 60197348 | $ 3,587.28 |
| 180 | 3/28/2013 | 5/27/2013 | $ 410,822.40 | 4600010440 | 60198878 | $ 410,822.40 |
| 181 | 3/28/2013 | 5/27/2013 | $ 425,930.40 | 4600010345 | 60198879 | $ 425,930.40 |
| 182 | 4/1/2013 | 5/31/2013 | $ 205,411.20 | 4600010440 | 60200832 | $ 205,411.20 |
| 183 | 4/3/2013 | 6/2/2013 | $ 427,940.00 | 4600010440 | 60201452 | $ 427,940.00 |

| # | Date 1 | Date 2 | Amount | Reference | Invoice | Amount 2 |
|---|---|---|---|---|---|---|
| 184 | 4/25/2013 | 6/24/2013 | $ 1,229.60 | 4600010549 | A042425829 | $ 1,229.60 |
| 185 | 4/30/2013 | 6/29/2013 | $ 246,220.92 | 4600010490 | 60212015 | $ 246,220.92 |
| 186 | 4/30/2013 | 6/29/2013 | $ 195,979.68 | 4600010518 | 60212016 | $ 195,979.68 |
| 187 | 5/8/2013 | 7/7/2013 | $ 366.76 | 4600010549 | A042454682 | $ 366.76 |
| 188 | 5/13/2013 | 7/12/2013 | $ 230,108.62 | 4600010518 | 60216553 | $ 230,108.62 |
| 189 | 5/13/2013 | 7/12/2013 | $ 124,888.50 | 4600010519 | 60216554 | $ 124,888.50 |
| 190 | 5/13/2013 | 7/12/2013 | $ 6,097.25 | 4600010519 | 60216555 | $ 6,097.25 |
| 191 | 5/16/2013 | 7/15/2013 | $ 191,748.00 | 4600010519 | 60217574 | $ 191,748.00 |
| 192 | 5/20/2013 | 7/19/2013 | $ 17,478.72 | 4600010535 | 60218153 | $ 17,478.72 |
| 193 | 5/20/2013 | 7/19/2013 | $ 187,480.08 | 4600010535 | 60218154 | $ 187,480.08 |
| 194 | 5/20/2013 | 7/19/2013 | $ 788,183.55 | 4600010489 | 60218155 | $ 788,183.55 |
| 195 | 5/20/2013 | 7/19/2013 | $ 144,738.00 | 4600010489 | 60218156 | $ 144,738.00 |
| 196 | 5/20/2013 | 7/19/2013 | $ 138,554.75 | 4600010519 | 60218157 | $ 138,554.75 |
| 197 | 5/20/2013 | 7/19/2013 | $ 437,996.59 | 4600010440 | 60218158 | $ 39,697.52 |
| 198 | 5/20/2013 | 7/19/2013 | $ 126,150.00 | 4600010519 | 60218159 | $ 126,150.00 |
| 199 | 5/20/2013 | 7/19/2013 | $ 101,971.25 | 4600010519 | 60218159 | $ 101,971.25 |
| 200 | 5/22/2013 | 7/21/2013 | $ 159,607.23 | Dolby Royalty fee-2013 Q1 | 71018179 | $ 159,607.23 |
| 201 | 5/23/2013 | 7/22/2013 | $ 3,728.08 | HDMI Royalty fee-2013 Q1 | 71018187 | $ 3,728.08 |
| 202 | 5/23/2013 | 7/22/2013 | $ 1,243.26 | 4600010553 | 60219948 | $ 1,243.26 |
| 203 | 5/23/2013 | 7/22/2013 | $ 134,479.29 | 4600010553 | 60219949 | $ 134,479.29 |
| 204 | 5/23/2013 | 7/22/2013 | $ 57,222.00 | 4600010535 | 60219950 | $ 57,222.00 |
| 205 | 5/27/2013 | 7/26/2013 | $ 518,025.00 | 4600010553 | 60221016 | $ 518,025.00 |
| 206 | 6/19/2013 | 8/18/2013 | $ 40,470.30 | May HUB Storage fee | 71018583 | $ 40,470.30 |
| 207 | 6/24/2013 | 8/23/2013 | $ 411,226.20 | 4600010491 | 60231156 | $ 319,275.00 |
| 208 | 7/10/2013 | 9/8/2013 | $ 68,586.51 | 4600010553 | 60240934 | $ 20,575.95 |
| 209 | 7/10/2013 | 9/8/2013 | $ 1,246.70 | 4600010411 | 60240935 | $ 374.00 |
| 210 | 7/10/2013 | 9/8/2013 | $ 8,669.26 | 4600010446 | 60240936 | $ 2,600.78 |
| 211 | 7/10/2013 | 9/8/2013 | $ 47,325.60 | 4600010345 | 60240937 | $ 14,197.68 |
| 212 | 7/10/2013 | 9/8/2013 | $ 60,767.01 | 4600010483 | 60240938 | $ 18,230.10 |
| 213 | 7/10/2013 | 9/8/2013 | $ 135,949.00 | 4600010484 | 60240939 | $ 40,784.70 |
| 214 | 7/10/2013 | 9/8/2013 | $ 930.06 | 4600010530 | 60240940 | $ 279.02 |
| 215 | 7/10/2013 | 9/8/2013 | $ 2,493.56 | 4600010564 | 60240941 | $ 748.08 |
| 216 | 7/18/2013 | 9/16/2013 | $ 229,878.00 | 4600010491 | 60240922 | $ 68,963.40 |
| 217 | 7/19/2013 | 9/17/2013 | $ 535,956.30 | 4600010491 | 60241419 | $ 160,786.89 |
| 218 | 7/19/2013 | 9/17/2013 | $ 152,132.62 | 4600010517 | 60241420 | $ 45,639.79 |
| 219 | 7/22/2013 | 9/20/2013 | $ 296,679.68 | 4600010517 | 60241885 | $ 89,003.90 |
| 220 | 7/19/2013 | 9/17/2013 | $ 193,948.56 | 4600010553 | 60241421 | $ 58,184.57 |
| 221 | 7/17/2013 | 9/15/2013 | $ 146.68 | 4600010564 | 60240713 | $ 44.00 |
| 222 | 7/17/2013 | 9/15/2013 | $ 620.04 | 4600010565 | 60240714 | $ 186.01 |
| 223 | 7/22/2013 | 9/20/2013 | $ 11,160.72 | 4600010565 | 60241884 | $ 3,348.22 |
| 224 | 7/29/2013 | 9/27/2013 | $ 446,428.80 | 4600010565 | 60246160 | $ 133,928.64 |
| 225 | 7/29/2013 | 9/27/2013 | $ 16,162.38 | 4600010553 | 60246158 | $ 4,848.71 |
| 226 | 7/29/2013 | 9/27/2013 | $ 167,556.48 | 4600010411 | 60246159 | $ 50,266.94 |
| 227 | 7/29/2013 | 9/27/2013 | $ 29,121.30 | June HUB Storage fee | 71019282 | $ 29,121.30 |
| 228 | 7/29/2013 | 9/27/2013 | $ 85,311.77 | Dolby Royalty fee-2013 Q2 | 71019283 | $ 85,311.77 |
| 229 | 7/29/2013 | 9/27/2013 | $ 1,061.72 | HDMI Royalty fee-2013 Q2 | 71019284 | $ 1,061.72 |

| 230 | 7/31/2013 | 9/29/2013 | $ | 406,126.20 | 4600010565 | 60248505 | $ | 121,837.86 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 231 | 7/31/2013 | 9/29/2013 | $ | 146,497.47 | 4600010553 | 60248506 | $ | 43,949.24 |
| 232 | 7/31/2013 | 9/29/2013 | $ | 33,429.99 | 4600010554 | 60248628 | $ | 10,029.00 |
| 233 | 7/31/2013 | 9/29/2013 | $ | 184,370.50 | 4600010576 | 60248629 | $ | 55,311.15 |
| 234 | 8/2/2013 | 10/1/2013 | $ | 748.02 | 4600010411 | 60249496 | $ | 224.41 |
| 235 | 8/2/2013 | 10/1/2013 | $ | 42,353.89 | 4600010522 | 60249497 | $ | 12,706.17 |
| 236 | 8/6/2013 | 10/5/2013 | $ | 16,186.20 | 4600010522 | 60250380 | $ | 4,855.86 |
| 237 | 8/6/2013 | 10/5/2013 | $ | 29,554.20 | July HUB Storage fee | 71019392 | $ | 29,554.20 |
| 238 | 8/9/2013 | 10/8/2013 | $ | 107,908.00 | 4600010522 | 60251037 | $ | 32,372.40 |
| 239 | 8/12/2013 | 10/11/2013 | $ | 181,285.44 | 4600010522 | 60251509 | $ | 54,385.63 |
| 240 | 8/12/2013 | 10/11/2013 | $ | 1,126.50 | 4600010576 | 60251555 | $ | 337.95 |
| 241 | 8/14/2013 | 10/13/2013 | $ | 26,977.00 | 4600010522 | 60252347 | $ | 8,093.10 |
| 242 | 8/22/2013 | 10/21/2013 | $ | 696,276.37 | 4600010522 | 60255025 | $ | 208,882.91 |
| 243 | 8/22/2013 | 10/21/2013 | $ | 99,184.97 | 4600010523 | 60255016 | $ | 29,755.49 |
| 244 | 8/22/2013 | 10/21/2013 | $ | 566,629.50 | 4600010576 | 60255026 | $ | 169,988.85 |
| 245 | 8/22/2013 | 10/21/2013 | $ | 719,645.75 | 4600010576 | 60255017 | $ | 215,893.72 |
| 246 | 9/11/2013 | 11/10/2013 | $ | 182,687.48 | NRE fee(balance) | 71020061 | $ | 182,687.48 |
| 247 | 9/11/2013 | 11/10/2013 | $ | 601,021.46 | Tooling fee(balance) | 71020062 | $ | 601,021.46 |
| | | | | | | | $ | 52,651,937.07 |