NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
TODD A. ROBERTS (SBN 129722)
CHRISTINA S. CHEN (SBN 290659)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
T: (650) 364-8200
F: (650) 780-1701

ATTORNEY(S) FOR: Plaintiff PEGATRON CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PEGATRON CORPORATION,

Plaintiff(s),

v.

WESTINGHOUSE DIGITAL, LLC,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff PEGATRON CORPORATION
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PEGATRON CORPORATION | Plaintiff |
| WESTINGHOUSE DIGITAL, LLC | Defendant |

May 27, 2014
Date

Signature
CHRISTINA S. CHEN

Attorney of record for (or name of party appearing in pro per):

Plaintiff PEGATRON CORPORATION

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES